UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DISTRICT

| | |
|---|---|
| HEATHER WINESBURG,<br>on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>STEPHANIE MORRIS NISSAN, LLC<br>STEPHANIE MORRIS, and<br>ROBBIE HOWARD<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 2:22-cv-04157-MDH<br>)<br>)<br>)<br>)<br>) |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

Defendant Stephanie Morris, by and through her attorney, suggests to the Court that on July 26, 2024, she filed for individual Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Texas, Case No. 24-32195. Pursuant to 11 U.S.C. § 362, this matter is stayed by operation of law until further Order of the Bankruptcy Court.

Respectfully submitted,

**HALBROOK WOOD, P.C.**

*/s/ Kathryn A Wright*
Kathryn A Wright    (MO #71355)
Lauren Mangiameli    (MO #74967)
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: kwright@halbrookwoodlaw.com
E-MAIL: lmangiameli@halbrookwoodlaw.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served by electronic mail this 23 day of April, 2025:

The Hodgson Law Firm, LLC
Michael Hodgson, MO #63677
3609 SW Pryor Road
Lee's Summit, Missouri 64082
EMAIL: mike@elgkc.com

Rahm, Rahm & McVay, P.C.
Kirk Rahm MO #22530
511 Foster Lane
Warrensburg, MO 64093
Tel: (660) 747-5152
EMAIL: office@rhamlaw.com
ATTORNEYS FOR PLAINTIFFS

*/s/Kathryn Wright*
**ATTORNEY FOR DEFENDANTS**